# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNNY VAN FERRELL JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) NO. CIV-16-1203-HE |
| JOE M. ALLBAUGH, Director, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Petitioner Johnny Van Ferrell Jr., a state prisoner appearing *pro se*, filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to U.S. Magistrate Judge Charles B. Goodwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)–(C). Judge Goodwin recommended that the case be transferred to the U.S. District Court for the Northern District of Oklahoma as the district in which petitioner was tried and sentenced. Petitioner was advised of his right to object, by December 21, 2016, to the Report and Recommendation.

No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Therefore the court **ADOPTS** the Report and Recommendation [Doc. #9]. This case is **TRANSFERRED** to the U.S. District Court for the Northern District of Oklahoma for all further proceedings.

**IT IS SO ORDERED.**

2

Dated this 19th day of January, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE

2